UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES W. BOYD, Trustee,

    Plaintiff,

File No. 1:11-CV-806

v.

HON. ROBERT HOLMES BELL

NORTHSIDE AUTO INCORPORATED,

    Defendant.
    _____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed a Report and Recommendation ("R&R") (Dkt. No. 1) issued by United States Bankruptcy Judge Jeffrey R. Hughes regarding the Trustee's motion for entry of default judgment against Defendant Northside Auto Incorporated. Defendant is not represented by counsel. No objections have been filed. The Court has reviewed the R&R, and agrees with its recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the July 27, 2011, R&R of the Bankruptcy Judge (Dkt. No. 1) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Trustee's motion for entry of default judgment is **GRANTED**.

Dated: August 24, 2011

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE